FILED

UNITED STATES COURT OF APPEALS

MAR 16 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVENSON TAN, an individual, on behalf of himself and on behalf of all persons similarly situated; et al.,<br><br>        Plaintiffs - Appellants,<br><br>v.<br><br>CALIFORNIA STATE AUTOMOBILE ASSOCIATION, a California Corporation,<br><br>        Defendant - Appellee. | No. 08-57041<br><br>D.C. No. 8:07-cv-01011-CJC-RC<br>Central District of California,<br>Santa Ana<br><br>ORDER |



This appeal is selected for inclusion in the Mediation Program. During the time the appeal remains in the Mediation Program, all procedural matters should be brought to the attention of the Circuit Mediator.

Appellants' motion to voluntarily dismiss this appeal is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: Margaret A. Corrigan
Circuit Mediator

mac/mediation